## 15328

PICKELSIMER v. PRATT *ET AL.*

(17 S. E. (2d), 524)

226

228

230

232

234

236

238

*Mr. J. G. Leatherwood, Mr. W. E. Bowen,* and *Mr. C. S. Bowen,* all of Greenville, for appellant,

*Mr. John M. Daniel, Attorney General, Mr. Claude K. Wingate,* attorney for the Tax Commission, *Messrs. Thomas H. Pope, Jr.,* and *W. M. Capers,* attorneys for South Carolina Unemployment Commission, for respondents,

240

November 12, 1941.

The opinion of the Court was delivered by MR. ASSOCIATE JUSTICE FISHBURNE.

Upon a careful examination of the record and the issues presented, on appeal, this Court is in agreement with the conclusions reached by the Circuit Court, and the reasoning on which these conclusions rest. We adopt the judgment of the lower Court as the judgment of this Court. Let the judgment of the lower Court be reported.

Judgment affirmed.

MESSRS. ASSOCIATE JUSTICES BAKER and STUKES and MESSRS. ACTING ASSOCIATE JUSTICES L. D. LIDE and A. L. GASTON concur.